William K. WELLS, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–1617.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2004.

*ORDER*

On November 5, 2004, the court issued an order allowing the parties 21 days to file oppositions to the transfer of this appeal to the United States Court of Appeals for the District of Columbia Circuit. Neither party has responded within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is transferred to the U.S. Court of Appeals for the District of Columbia Circuit.

(2) Each side shall bear its own costs.

Gwyn T. STONE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3019.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2004.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.